**Order entered February 18, 2014**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01050-CR

**AARON HELLNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-63629-J**

### ORDER

The Court **REINSTATES** the appeal.

On January 8, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On January 17, 2014, we received a letter from the trial court stating the record had been transmitted via the portal on November 14, 2013. Upon investigation, the Court determined that the record did not fully transmit and notified the court reporter of the problem. The Court has now received the reporter's record.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
           JUSTICE